U. C. Durham, Plaintiff in Error, v. D. R. Edwards, Defendant in Error.

### In Banc.

Writ of error to Circuit Court, Bradford county; Rhydon M. Call, Judge.

D. M. Gornto for plaintiff in error.

A. V. Long for defendant in error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error. Writ of error dismissed on præcipe of counsel for the plaintiff in error.

---

Margaret Durrance *et al.*, Appellants, v. John S. Hopson *et al.*, Appellees.

### Division A.

Appeal from Circuit Court, DeSoto county; Joseph B. Wall, Judge.

John H. Treadwell for appellants.

Solon B. Turman for appellees.

The bill in this cause was filed by the appellees against the appellants. There was decree for the complainants, and the defendants appeal. The decree is affirmed.

Decision *Per Curiam.*